314 Ga. 581
FINAL COPY

S21Y0002. IN THE MATTER OF DAVID GODLEY RIGDON.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that David Godley Rigdon (State Bar No. 689829) has satisfied the conditions for reinstatement as specified by this Court, see *In the Matter of Rigdon,* 310 Ga. 101 *(*849 SE2d 399) (2020), it is hereby ordered that David Godley Rigdon be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*

Decided September 19, 2022.

Reinstatement.

*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, Wolanda R. Shelton, Assistant General Counsel State Bar*, for State Bar of Georgia.